Argued and submitted May 31, affirmed July 10, 2002

MARTIN BIRCH,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-05-250M; A112189

49 P3d 114

Bob Pangburn argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Tiktin, Judge pro tempore.

PER CURIAM

**PER CURIAM**

Petitioner appeals from the dismissal of his petition for habeas corpus and the entry of a judgment for reimbursement of $525 in state-paid attorney fees related to the petition. We reject his arguments on the merits without discussion. Petitioner's only argument at the trial court concerning the judgment for attorney fees was that courts did not award such fees in 1989, the time of his conviction. He does not make that argument on appeal. None of the arguments that he does make constitutes error apparent on the face of the record, and we therefore decline to review them. *Cf. Bacote v. Johnson*, 333 Or 28, 31-32, 35 P3d 1019 (2001) (objection that court had failed even to make an inquiry as to petitioner's ability to pay was sufficient to preserve the issue of ability to pay for appeal).

Affirmed.